# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| KILLER JOE NEVADA, LLC, | * | CIVIL NO. 4:13-CV-00192-SMR-TJS |
| Plaintiff, | * | |
| v. | * | **ORDER** |
| DOES 1-10, | * | |
| Defendants. | * | |

For the reasons set forth by plaintiff, the Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. Nos. 6 & 7) filed on June 20, 2013, shall be granted. Plaintiff is granted leave to take discovery as specified in the motion and supporting documents.

IT IS SO ORDERED.

Dated June 25, 2013.

_____
THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE